# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

**The Office Located At**
University of California at San Diego
Biomedical Sciences Building, Second Floor
Rooms 2082 and 2080
La Jolla, California 92093

**SEARCH WARRANT**

CASE NUMBER: 08 MJ 0029

TO: Special Agent Heather A. Jackson of FBI     and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Heather A. Jackson of the FBI     who has reason to
                                                Affiant
believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

**University of California, Biomedical Sciences Building, Second Floor, Rooms 2082 and 2080, La Jolla, California (more fully described in Attachment A)**

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

**The items specified in Attachment B which are the fruits, instrumentalities and evidence concerning violations of Title 18, United States Code, Section 1038 (False Information and Hoaxes).**

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before     January 13, 2008
                                                        Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U. S. Magistrate Judge, as required by law.

1/4/08 @ 9:35 am     at     San Diego, California
Date and Time Issued            City and State

Cathy Ann Bencivengo, United States Magistrate Judge     [signature]
Name and Title of Judicial Officer     Signature of Judicial Office

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/04/2008 | 1/04/2008   12:58 PM | John Kelsoe |

**INVENTORY MADE IN THE PRESENCE OF**

Special Agent Barry G. Vecchioni

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Please see attached.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   1/10/08
U.S. Judge or Magistrate       Date

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 266J-SD-70063

On (date) January 4, 2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Dr. John R. Kelsoe
(Street Address) University of California San Diego Biomedical Science Bldg
(City) 2nd floor Room 2082
La Jolla, California 92093

Description of Item(s): From Room 2082:

Item #1 — shredded paper
Item #2 — order forms for Hewlett Packard Printer
Item #3 — yellow legal notepad
Item #5 — HP Color LaserJet CP4005 CD-ROM
Item #6 — HP Color LaserJet CP4005dn Printer

Received By: _____ (Signature)
Received From: _____ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 266I-SD-70063

On (date) January 4, 2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Dr. John R. Kelsoe
(Street Address) University of California, San Diego Biomedical Sciences Bldg
(City) 2nd floor Room 2080
La Jolla, California 92093

Description of Item(s):

Item #4 - Xerox Business 4200 copier laser printer paper - 1 ream

Received By: _____ (Signature)    Received From: _____ (Signature)